IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA KOENAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:21-CV-01977-N |
| § | |
| CORELOGIC TAX SERVICES LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Pursuant to the Joint Motion to Dismiss with Prejudice [19] and this Court being sufficiently advised, IT IS ORDERED that the above-captioned action is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs, fees and expenses incurred herein.

Signed September 7, 2022.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE